MEMORANDUM OPINION

No. 04-06-00621-CV

IN RE Rudy RIOS

Original Mandamus Proceeding (1)




PER CURIAM



Sitting: Sarah B. Duncan , Justice

 Karen Angelini , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: September 27, 2006



PETITION FOR WRIT OF MANDAMUS OR WRIT OF PROHIBITION DENIED



 The court has considered relator's petition for a writ of mandamus or a writ of prohibition and his motion for emergency
relief and is of the opinion that relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition and
motion are denied.

 PER CURIAM

1. This proceeding arises out of Cause No. 297305, styled Gilbert Campos v. Rudy Rios, filed in the County Court at Law
No. 10, Bexar County, Texas.